IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SARAH LINDSLEY, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TRT HOLDINGS, INC., and OMNI HOTELS MANAGEMENT CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:17-CV-2942-C |

## ORDER

On this day, the Court considered: (1) Defendant Omni Hotels Management Corporation's Motion for Reconsideration of the Court's Orders Granting Applications for Admission Pro Hac Vice and/or for Sanctions, filed December 23, 2017; and (2) Plaintiff's Response, filed January 16, 2018. Defendant's Motion is **DENIED** in its entirety for the reasons thoroughly set forth by Plaintiff's response.

The Court cautions counsel for Defendants that filing a motion for sanctions under Rule 11 is no petty matter and should only be employed in the most extreme circumstances and after careful consideration. In the future, the Court expects that there will not be any further allegations of misconduct against opposing counsel without clear evidence of an offense and strict compliance with all procedural requirements of Rule 11.

Additionally, counsel for all parties are reminded that all counsel practicing before the Northern District of Texas must strictly comply with the mandates set forth in *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (en

banc) (per curiam). Counsel are cautioned that they are expected to cooperate with each other as professionals in litigating this case and should make every effort to amicably resolve any issues between them without the need for court intervention, if at all possible.

SO ORDERED this 7th day of February, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE