UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | |
|---|---|
| SARAH LINDSLEY, on behalf of herself and all others similarly situated,<br><br>    *Plaintiff*,<br>v.<br><br>TRT HOLDINGS, INC. and OMNI HOTELS MANAGEMENT CORPORATION,<br><br>    *Defendants*. | §§§§§§§§§§§§    CIVIL ACTION NO. 3:17-cv-02942-C<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S RESPONSE TO DEFENDANT TRT HOLDINGS, INC.'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Sarah Lindsley ("Plaintiff") or ("Lindsley") files this Response to Defendant TRT Holdings, Inc.'s ("Defendant" or "TRT") Motion for Summary Judgment ("the Motion," Dkt. 66-2) contemporaneously with its Brief in Support of Response and Appendix in Support of Response, respectfully asking the Court to deny Defendant's Motion, and in support states as follows:

### I.   SUMMARY

Defendant's Motion demands dismissal of Plaintiff's claims. Defendant's Motion must be dismissed because a material fact issue exists as to whether TRT was an employer of Plaintiff, precluding granting of the Motion. Alternatively, the Motion is premature because TRT has yet to respond to any of Plaintiff's discovery requests.

### II.   SUMMARY JUDGMENT EVIDENCE

1) Declaration of Holt M. Lackey

2) Plaintiff's First Request for Production to Defendants dated April 13, 2018

3) Defendants TRT Holdings, Inc. and Omni Hotels Management Corporation's Objections and Responses to Plaintiff's First Request for Production to Defendants dated May 14, 2018

4) Plaintiff's Requests for Admission dated May 11, 2018

5) Defendants TRT Holdings, Inc. and Omni Hotels Management Corporation's Objections and Responses to Plaintiff's Requests for Admission dated June 11, 2018

6) Defendants TRT Holdings, Inc. and Omni Hotels Management Corporation's First Amended Objections and Responses to Plaintiff's Requests for Admission dated July 27, 2018

7) Plaintiff's Notice of 30(b)(6) Deposition dated August 15, 2018

8) Defendants TRT Holdings, Inc. and Omni Hotels Management Corporation's First Amended Objections and Responses to Plaintiff's First Set of Interrogatories to Defendants dated July 27, 2018

9) LinkedIn Page of Joy Rothschild

10) LinkedIn Page of Jeremy Williams

11) LinkedIn Page of Leanne Thoreson

12) Deposition of Joy Rothschild dated September 18, 2018

### III.    BRIEF AND APPENDIX IN SUPPORT OF MOTION

The factual and legal grounds on which Plaintiff relies are set forth in its Brief in Support of Response and Appendix in Support of Response, both of which are filed concurrently in accordance with L.R. 7.1.

## IV. CONCLUSION AND PRAYER

Based on the foregoing, Plaintiff respectfully requests that the Court deny Defendant's Motion and grant her any and all further relief to which she is justly entitled.

Dated: January 22, 2019

Respectfully submitted,

*/s/ Jay D. Ellwanger*
Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
**Ellwanger Law LLLP**
400 South Zang Boulevard
Suite 1015
Dallas, Texas  75208
Telephone: (737) 808-2260
Facsimile:  (737) 808-2262


James A. Vagnini (admitted *pro hac vice*)
N.Y. State Bar No. 2958130
jvagnini@vkvlawyers.com
Monica Hincken (admitted *pro hac vice*)
N.Y. State Bar No. 5351804
mhincken@vkvlawyers.com
**Valli Kane &Vagnini, LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: (516) 203-7180
Facsimile: (516) 706-0248

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on January 22, 2019 a true and correct copy of Plaintiff's Response to Defendants' Motion to Compel Discovery Responses was served via electronic mail on all counsel of record.

                                         /s/ *Jay D. Ellwanger*
                                         Jay D. Ellwanger