UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SARAH LINDSLEY, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 3:17-cv-02942-X |
| § | |
| TRT HOLDINGS, et. al, § | |
| § | |
| *Defendants.* § | |

# **FINAL JUDGMENT**

By separate orders, the Court has granted defendants TRT Holdings, Inc. and Omni Hotel Management Corp. (collectively the "defendants") motions for summary judgment [Doc. Nos. 121 & 136] on all claims asserted by plaintiff Sarah Lindsley. It is, therefore, ordered that the Lindsley take nothing by her claims against the defendants and that those claims are dismissed with prejudice. Each party shall bear its own costs. All relief not expressly granted is denied. This is a final judgment.

**IT IS SO ORDERED** this 7th day of February 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1