# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISON

| | | |
|---|---|---|
| SARAH LINDSLEY, on behalf of herself and all others similarly situated, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 3:17-cv-02942-C |
| v. | § § | |
| TRT HOLDINGS, INC. and OMNI HOTELS MANAGEMENT CORPORATION, | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is given that the Plaintiff, Sarah Lindsley, hereby appeals to the Fifth Circuit Court of Appeals from the Memorandum Opinion and Order issued on December 2, 2019 and the Order issued on February 7, 2020, both entered as a final judgment by the Northern District of Texas Dallas Division Court on February 7, 2020, granting both Defendants' TRT Holdings, Inc. and Omni Hotels Management Corp., Motion for Summary Judgment and dismissal of this action with prejudice.

Dated: March 6, 2020                                  Respectfully submitted,

                                                      */s/ Jay D. Ellwanger*
                                                      Jay D. Ellwanger
                                                      Texas State Bar No. 24036522
                                                      jellwanger@equalrights.law
                                                      **Ellwanger Law LLLP**
                                                      400 South Zang Boulevard
                                                      Suite 1015
                                                      Dallas, Texas 75208
                                                      Telephone: (737) 808-2260
                                                      Facsimile: (737) 808-2262


                                                      James A. Vagnini (admitted *pro hac vice*)
                                                      N.Y. State Bar No. 2958130
                                                      jvagnini@vkvlawyers.com
                                                      Monica Hincken (admitted *pro hac vice*)
                                                      N.Y. State Bar No. 5351804
                                                      mhincken@vkvlawyers.com
                                                      **Valli Kane &Vagnini, LLP**
                                                      600 Old Country Road, Suite 519
                                                      Garden City, New York 11530
                                                      Telephone: (516) 203-7180
                                                      Facsimile: (516) 706-0248

                                                      **COUNSEL FOR PLAINTIFF**