UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SARAH LINDSLEY, § | | |
| § | | |
| *Plaintiff,* § | | |
| § | CIVIL ACTION NO. | |
| § | | |
| § | 3:17-CV-2942-B | |
| § | | |
| v. § | | |
| § | | |
| § | JURY TRIAL DEMANDED | |
| TRT HOLDINGS, INC. and OMNI § | | |
| HOTELS MANAGEMENT § | | |
| CORPORATION, § | | |
| § | | |
| *Defendants.* § | | |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RENEWED MOTIONS FOR SUMMARY JUDGMENT

Defendants TRT Holdings, Inc. ("TRT") and Omni Hotels Management Corporation ("Omni") (together, "Defendants") hereby move for an extension of time to file their Renewed Motions for Summary Judgment pursuant to the Court's January 29, 2021 Order, [Dkt. 141], and respectfully request that Defendants' time to file their Renewed Motions be delayed.

1. This motion is not opposed.

2. On January 29, 2021, the United States Court of Appeals for the Fifth Circuit ordered that the Court's grant of summary judgment in Defendants' favor was affirmed in part and reversed in part, and the cause was remanded for further proceedings in accordance with the Appellate Court's opinion.

3. On January 29, 2021, this Honorable Court ordered Defendants to file Renewed Summary Judgment Motions asserting arguments on the remaining issues within 21 days. [Dkt. 141].

4. At present, Defendants' deadline to file renewed Motions is February 19, 2021. [Dkt. 141].

5. This is Defendants first request to extend this deadline.

6. On February 15, 2021, pursuant to Local Rule of Civil Procedure 7.1.a., the undersigned counsel consulted with counsel for Plaintiff and requested for an agreed extension of 21 days. Counsel for Plaintiff, however represented that Plaintiff would only agree to an extension of seven (7) days. Accordingly, Defendants request a seven (7) day extension of the deadline.

7. The requested extension is not requested for purposes of delay but in the interest of justice. The extension sought would extend that deadline to February 26, 2021, which will hopefully provide adequate opportunity for Defendants to locate and assess relevant documentation regarding unnamed male food and beverage directors at other Omni locations, if any, pursuant to the Appellate Court's opinion. At present, the only evidence in the summary judgment record before the Court relating to these unnamed individuals is located in Plaintiff's Appendix in Support of her Response to Defendants' Motion[s] for Summary Judgment as Exhibit "I". [Dkt. 87-9]. As reflected in same, none of these persons are named, and nearly half of the listed unnamed individuals were apparently hired by Omni over two decades ago. Locating information related to these individuals has been made more challenging by property closures and other restrictions resulting from the COVID-19 pandemic.

8. Additionally, the power outages, travel delays, and public and private office closures caused by extreme cold throughout Texas this week have caused further challenges for

Defendants and their counsel. Due to these conditions, the Electric Reliability Council of Texas, the agency that oversees the state's electric grid, has declared Texas at its highest energy emergency level. This means it has started rolling outages across the state. The anticipated power outages will no doubt cause further challenges in locating and assessing relevant documentation. Given these exigent circumstances, Defendants request that Defendants' time to file their Renewed Motions be delayed until at least February 26, 2021.

9.  Based on the foregoing, Defendants respectfully request that their unopposed motion for an extension of time be granted. Defendants believe the one-week extension will be adequate to finish gathering the relevant information the Renewed Summary Judgment Motions. In making this motion, given this week's weather event and the other logistical challenges described above, Defendants respectfully reserve the possibility of needing additional time, in which case, they will advise the Court accordingly.

*[Signature on following page]*

Dated:  February 16, 2021

                                                Respectfully submitted,

*/s/ Michael D. Hudlow, Jr.*
R. Clay Hoblit
State Bar No. 09743100
Federal I.D. No. 7591
choblit@hdr-law.com
Michael D. Hudlow, Jr.
Federal I.D. No. 34793
State Bar No. 24007403
mhudlow@hdr-law.com
Mariana Garza
Federal I.D. No. 1138409
State Bar No. 24075470
mgarza@hdr-law.com

**Hoblit Darling Ralls Hernandez & Hudlow LLP**
802 N. Carancahua, Suite 2000
Corpus Christi, Texas 78401
361.888.9392
361.888.9187 Facsimile

**ATTORNEYS FOR DEFENDANTS TRT HOLDINGS, INC. AND OMNI HOTELS MANAGEMENT CORPORATION**

## CERTIFICATE OF CONFERENCE

On the 15th day of February 2021, the undersigned counsel conferred via email with Plaintiff's counsel, Jay Ellwenger, concerning the relief sought in this Motion, and was advised that Plaintiff did not oppose an extension of seven (7) days.

/s/ Michael D. Hudlow, Jr.
Michael D. Hudlow, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16[h] day of February, 2021, a true and correct copy of the foregoing document was served on all counsel of record via electronic mail pursuant to the Federal Rules of Civil Procedure.

*CM/ECF E-Service*

Jay D. Ellwanger
jellwanger@equalrights.law
Ellwanger Law LLLP
400 South Zang Boulevard, Suite 1015
Dallas, Texas 75208
Facsimile: (737) 808-2262

James A. Vagnini
jvagnini@vkvlawyers.com
Monica Hincken
mhincken@vkvlawyers.com
Valli Kane & Vagnini, LLP
600 Old Country Road, Suite 519
Garden City, New York 11530
Facsimile: (516) 706-0248

**COUNSEL FOR PLAINTIFF**

/s/ Michael D. Hudlow, Jr.
Michael D. Hudlow, Jr.