IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SARAH LINDSLEY

v.        No. 3:17-CV-2942-X

TRT HOLDINGS INC., et al

JURY NOTE NO. 1

Will resume 3/9/23 @ 9:00 AM

_____
Jury Foreperson/Presiding Juror

Time received: _____

Date received: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SARAH LINDSLEY

v.  No. 3:17-CV-2942-X

TRT HOLDINGS INC., et al

JURY NOTE NO. 2

We are interested in reviewing transcripts from Ms. Lindsley's testimony regarding her record of complaints to HR prior to submitting her EEOC complaint.

_____
Jury Foreperson/Presiding Juror

Time received: 10:27 am
Date received: 3/9/2023

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SARAH LINDSLEY

v.                                            No.    3:17-CV-2942-X

TRT HOLDINGS INC., et al

### COURT'S RESPONSE TO JURY NOTE NO. 2

While the court reporter did transcribe the trial, those transcripts only become finalized and certified some time after trial. Because of that timeline, I need to direct you back to your recollection of the testimony. And you can refer to my instructions on the usefulness but limits of notes on page 30 of the jury instructions.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

Time received:  10:47 am

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SARAH LINDSLEY

v.                                      No.   3:17-CV-2942-X

TRT HOLDINGS INC., et al

JURY NOTE NO. 3

Under what conditions do we answer question 9?

_____
Jury Foreperson/Presiding Juror

Time received: _____

Date received: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SARAH LINDSLEY

v.                                          No.    3:17-CV-2942-X

TRT HOLDINGS INC., et al

### COURT'S RESPONSE TO JURY NOTE NO. 3

Your answer to question 7 dictates whether you answer question 8 or 9. If you answer yes to question 7, then answer question 8 and skip question 9. If you answer no to question 7, then skip question 8 and answer question 9.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

Time received:  11:37 am

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SARAH LINDSLEY

v.                              No.   3:17-CV-2942-X

TRT HOLDINGS INC., et al

JURY NOTE NO.  4

Please provide all of the circumstances / possible answers for questions 6 through 9.

_____
Jury Foreperson/Presiding Juror

Time received: 1:05 pm.

Date received: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SARAH LINDSLEY

v.                                              No.   3:17-CV-2942-X

TRT HOLDINGS INC., et al

## COURT'S RESPONSE TO JURY NOTE NO. 4

Answer question 5 no matter what your answers were to questions 1-4.

On question 5: (1) if you answer yes, then answer question 6. (2) If you answer no, then answer question 10.

On question 6: (1) If you answer yes, then answer question 10. (2) If you answer no, then answer question 7.

On question 7: (1) If you answer yes, then answer question 8. (2) If you answer no, then answer question 9.

On question 8: after answering question 8 (if the above instructions require it), then answer question 10.

On question 9: after answering question 9 (if the above instructions require it), then answer question 10.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

Time received:   1:29 pm

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SARAH LINDSLEY

v.     No.   3:17-CV-2942-X

TRT HOLDINGS INC., et al

JURY NOTE NO. 5

We have reached a verdict.

_____
Jury Foreperson/Presiding Juror

Time received: _____

Date received: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SARAH LINDSLEY

v.                                          No.   3:17-CV-2942-X

TRT HOLDINGS INC., et al

JURY NOTE NO. 6

We have reached a verdict.

_____
Jury Foreperson/Presiding Juror

Time received: 3:45 pm

Date received: March 9, 2023