UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SARAH LINDSLEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-2942-X |
| | § | |
| TRT HOLDINGS, INC. et al., | § | |
| | § | |
| *Defendants*. | § | |

# **FINAL JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Based upon the jury's second verdict, Plaintiff Sarah Lindsley is entitled to the statutory maximum of $300,000 in monetary damages from Defendant Omni Hotels Management Corporation. In accordance with the Court's memorandum opinion and order, this award is subject to a 5.45% post-judgment interest rate.

2. Defendant Omni Hotels Management Corporation must post the jury's second verdict on its company's bulletin boards in employee break areas with the following notice "A jury in Dallas, Texas, found that Omni unlawfully discriminated against employee Sarah Lindsley under Title VII because of her sex." Defendant Omni Hotels Management

1

> Corporation must also distribute this notice and second verdict to employees electronically.

3. If Plaintiff Sarah Lindsley seeks costs and fees, the Court **ORDERS** her to file a bill of costs and motion for fees within 14 days of this judgment. Any fee motion should be accompanied by evidentiary support (at a minimum, a declaration explaining the hours worked and a reasonable rate). Evidentiary support that results in the highest fee is contemporaneous, itemized time records.

All relief not expressly granted is denied. This is a final judgment.

**IT IS SO ORDERED** this 1st day of November, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE