# United States Court of Appeals
# for the Fifth Circuit

No. 23-11167

*United States Court of Appeals*
*Fifth Circuit*

**FILED**
December 16, 2024

Lyle W. Cayce
Clerk

Sarah Lindsley,

*Plaintiff—Appellee,*

versus

Omni Hotels Management Corporation,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-2942

_____

Before Clement, Engelhardt, and Wilson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

No. 23-11167

IT IS FURTHER ORDERED that appellee pay to appellant the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



**Certified as a true copy and issued as the mandate on Jan 14, 2025**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 14, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 23-11167   Lindsley v. Omni Hotels
                         USDC No. 3:17-CV-2942

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                         Sincerely,

                                         LYLE W. CAYCE, Clerk

                                         By: _____
                                         Melissa B. Courseault, Deputy Clerk
                                         504-310-7701

cc:
    Mrs. Jennifer Jones Despins
    Mr. Jay D. Ellwanger
    Mr. David Henderson
    Mr. Michael Dale Hudlow Jr.
    Mr. Holt M. Lackey
    Mr. David Robert Schlottman
    Mr. James A. Vagnini