# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | | |
|---|---|---|
| SARAH LINDSLEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-02942-X |
| | § | |
| TRT HOLDINGS, INC., et al., | § | |
| | § | |
| *Defendants*. | § | |

**PLAINTIFF'S TRIAL WITNESSES**

Pursuant to this Court's Amended Scheduling Order (Doc. 306), Local Rule 26.2 and Judge Brantley Starr's local rules, Plaintiff Sarah Lindsley ("Plaintiff"), by and through her attorneys, files this Trial Witness List for identification and categorization of trial witnesses. Plaintiff reserves the right to identify and/or call rebuttal witnesses and/or other witnesses in response to Defendants' pretrial disclosures.

At this time, Plaintiff identifies the following witnesses for trial:

| Witness Name | Narrative Summary of Testimony | Whether Witness was Deposed | Witness Testimony at Trial |
|---|---|---|---|
| Sarah Lindsley | Sarah Lindsley is the Plaintiff. She will testify about her work history with Defendants, her knowledge of pay disparities, her complaints of pay discrimination, and Defendants' failure to investigate her complaints. She will also testify about her claims and damages. | Yes | Probable |
| Robert Rowling | Robert Rowling is the former CEO of Omni Hotels. He will testify about Plaintiff's workplace complaints of pay discrimination. | No | Probable |

| Joy Rothschild | Joy Rothschild is the Chief Human Resources Officer. She will testify about Plaintiff's work history, compensation history, and workplace complaints. She will also testify about the Defendants' compensation policies, employee training, and any pay equity analyses performed. | Yes | Probable |
|---|---|---|---|
| Susan Gilbert | Susan Gilbert was the Director of Human Resources at Omni Corpus Christi. She can testify about Plaintiff's job performance, workplace complaints, her involvement in any investigation into Plaintiff's complaints, and her knowledge about Plaintiff's pay disparity. | Yes | Via Deposition testimony |
| Dean Sprague | Dean Sprague was the executive chef at Omni Corpus Christi and under the supervision of Plaintiff during her employment. He will testify about her work performance, the work performance and experience of her predecessor Daniel Cornelius, his knowledge about Plaintiff's workplace complaints, and any investigation he participated in as a result of Plaintiff's complaints. | Yes | Probable |
| Claudio Cid | Claudio Cid was the Director of Human Resources at Omni Corpus Christi and verbally offered Plaintiff $65,000 for the Assistant Director of Human Resources position. He can testify about the pay scale for that position, any discussions with corporate about the salary offered to Plaintiff for the position, and the complaints Plaintiff made | No | Possible |

| | regarding the written salary offer presented. | | |
|---|---|---|---|
| Barbara Doucet | Barbara Doucet was the Vice President of Human Resources at Omni. She will testify about the Company's investigation into Plaintiff's pay discrimination complaints. | No | Possible |
| Shawn Campbell | Shawn Campbell was the Director of Banquets under the supervision of Plaintiff. He will testify about Plaintiff's work performance, his knowledge of her pay discrimination complaints, and his knowledge about any investigation that took place. | Yes | Probable |
| Devin Burns | Devin Burns is the Vice President of Room and Food & Beverage. He can testify about the food and beverage division, including his knowledge of relevant policies, and his knowledge of the experience and compensation paid to Plaintiff's predecessors. | Yes | Via Deposition Testimony |

| | | | |
|---|---|---|---|
| Daniel Cornelius | Daniel Cornelius was Plaintiff's immediate predecessor at Omni Corpus Christi. He can testify about his experience and responsibilities in the position, his compensation in the position, his prior experience, his resignation, his experience working with Plaintiff, and any communications he had with Plaintiff about compensation | No | Possible |
| Jason Polland | Jason Polland was Plaintiff's predecessor. He can testify about his experience and responsibilities in the position, his compensation in the position, and his prior work experience. | No | Possible |
| Robert Walker | Robert Walker was Plaintiff's predecessor. He can testify about his experience and responsibilities in the position, his compensation in the position, and his prior work experience. | No | Possible |
| Burton Kittay | Burton Kittay was Plaintiff's treating mental health provider during her employment at Omni Corpus Christi. He can testify about his knowledge of the emotional distress she suffered as a result of her employment. | No | Possible |

Dated: March 24, 2025

Respectfully submitted,

By: */s/ Jay D. Ellwanger*
Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
David W. Henderson
Texas State Bar No. 24032292
dhenderson@equalrights.law
Brian Pounds
Texas State Bar No. 24126432
bpounds@equalrights.law
**Ellwanger Henderson, LLLP**
400 S. Zang Blvd., Suite 600
Dallas, Texas 75208
(469) 998-6775 Telephone
(469) 998-8002 Facsimile

James A. Vagnini (admitted *pro hac vice*)
N.Y. State Bar No. 2958130
jvagnini@vkvlawyers.com
Robert J. Valli, Jr
rvalli@vkvlawyers.com
**Valli Kane & Vagnini, LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530
(516) 203-7180 Telephone
(516) 706-0248 Facsimile

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 24, 2025, a true and correct copy of the above and foregoing document was served on all counsel of record via the Courts ECF system.

*/s/ Jay D. Ellwanger*
Jay D. Ellwanger