UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SARAH LINDSLEY** | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. |
| | § § § | |
| | § § | 3:17-CV-2942-X |
| v. | § § | |
| **OMNI HOTELS MANAGEMENT CORPORATION,** | § § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § | |

# FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED, ADJUDGED,** and **DECREED** that:

1. Based upon the jury's verdict, Defendant Omni Hotels Management Corporation has prevailed on and is not liable under Plaintiff's lone remaining cause of action, pay discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*

2. All other claims asserted by Plaintiff having previously been disposed of in favor of Defendants or waived by Plaintiff, the Court orders that Plaintiff, Sarah Lindsley, take nothing by her suit, that the action be dismissed on the merits, and that Defendants, Omni Hotels Management Corporation

and TRT Holdings, Inc., recover their court costs, including post-judgment interest, from Plaintiff.[1]

3. The Court further reserves jurisdiction to consider timely applications for Defendants' taxable costs and/or attorney's fees. If Defendant Omni Hotels Management Corporation believes they are entitled to attorney fees, it should file a proper motion within 14 days of the entry of this Judgment.

4. The Court orders execution to issue for this judgment.

5. All relief not expressly granted is denied.

6. This is a FINAL JUDGMENT. The clerk is instructed to close this case.

**IT IS SO ORDERED** this 25th day of July, 2025.

*[signature]*

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] *See* FED. R. CIV. P. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party.").